IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JERRY L. FEND,

    Plaintiff,

v.

COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,

    Defendant.

_____

Civ. No. 6:14-cv-00821-TC

ORDER

MCSHANE, Judge:

    Magistrate Judge Thomas M. Coffin filed a Findings and Recommendation, ECF No. 19, and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although plaintiff did not file objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Coffin's Findings and Recommendation, ECF No. 19, is adopted. This action is dismissed for failure to prosecute.

IT IS SO ORDERED.

    DATED this 25th day of September, 2015.

                                                   _____/s/ Michael J. McShane_____
                                                            Michael McShane
                                                     United States District Judge